1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   BENNIE TRICE, et al.,                          CASE NO. CV-F-05-1096 REC LJO

12                    Plaintiffs,          _____**ORDER TO RESET SCHEDULING**
                                                 **CONFERENCE**
13        vs.
                                           Date:   January 11, 2006
14   BACOU-DALLOZ GROUP, et al.,           Time:  8:30 a.m.
                                           Dept.:  6 (LJO)
15                    Defendants.
     _____/
16

17           This Court conducted a December 5, 2005 status conference.  Plaintiffs Bennie Trice and Tina

18   Trice appeared by telephone by counsel David B. Leichenger.  Defendants Bacou-Dalloz and Miller Fall

19   Protection appeared by telephone by counsel Randolph T. Moore, Snell & Wilmer, L.L.P.  The parties'

20   counsel agreed to continue the scheduling conference to allow more time for the parties to attempt to

21   retrieve pertinent information to process this action.  As such, this Court RESETS the scheduling

22   conference to **January 11, 2006 at 8:30 a.m. in Department 6 (LJO)**.  The parties' counsel are

23   encouraged to appear at the scheduling conference by telephone by arranging a one-line conference call

24   and adding the Court at (559) 498-7322.  At the scheduling conference, the parties' counsel shall be

25   prepared to discuss whether they consent to the conduct of all further proceedings, including trial, by a

26   United States Magistrate Judge and to select discovery, motion and trial dates.

27           IT IS SO ORDERED.

28   **Dated:    December 5, 2005             /s/ Lawrence J. O'Neill**

                                      1

1   66h44d                                    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28