1

2

3

4       **IN THE UNITED STATES DISTRICT COURT**

5       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7    BENNIE TRICE, et al.,                              CASE NO. **CV F 05-1096 LJO**
                                                         **(New case number)**
8                    Plaintiffs,

9           vs.                                          **ORDER TO SIGN AND RETURN**
                                                         **MAGISTRATE JUDGE CONSENT FORM**
10   BACOU-DALLOZ GROUP, et al.,

11                   Defendants.
                                          /
12

13          The parties' counsel indicated they consent to the conduct of all further proceedings, including

14   trial, before United States Magistrate Judge Lawrence O'Neill. Accordingly, this Court ORDERS the

15   parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge

16   ("consent form"), which is available from this Court's webpage at

17   http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel,

18   no later than March 24, 2006, to sign, date and file the consent form.

19          **All further papers shall bear the new case number CV F 05-1096 LJO.**

20          IT IS SO ORDERED.

21   **Dated:    March 13, 2006**              **/s/ Lawrence J. O'Neill**
     66h44d                                    UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28