Randolph T. Moore
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
Telephone: (714) 427-7000

Attorneys for Defendants
Bacou-Dalloz Fall Protection, Inc. (aka Miller
Fall Protection)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BENNIE TRICE, TINA TRICE, | CASE NO. CV F 05-1096 LJO |
| Plaintiffs, | **STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)** |
| vs. | |
| BACOU-DALLOZ GROUP; MILLER FALL PROTECTION AND DOES 1 TO 50, inclusive, | |
| Defendants. | |

Plaintiffs Bennie and Tina Trice and Defendant Bacou-Dalloz Fall Protection, Inc., hereby agree and stipulate, through their attorneys of record, that the above-captioned action, including all third-party claims, is hereby dismissed pursuant to FRCP 41(a)(1) and 41(c). Further, it is stipulated that all Defendants agree to waive costs and attorney's fees. Dated: August __, 2006

LEVITT, LEICHENGER & ABERLE

By:  __/s/_____
       David Leichenger
       Attorneys for Bennie and Tina Trice

SNELL & WILMER L.L.P.

Dated: August __, 2005

By:  __/s/_____
       Randolph T. Moore
       Attorneys for Bacou-Dalloz Group; Miller
       Fall Protection

IT IS SO ORDERED.

Dated: __ **September 29, 2006** __    _____ **/s/ Lawrence J. O'Neill** _____

66h44d                                   UNITED STATES MAGISTRATE JUDGE